UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER S. YARBRO,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | CASE NO. 13-cv-05748 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

    This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 18.)

    After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's stipulated motion, and ORDER that the Commissioner's final decision in the above-captioned case be AFFIRMED IN PART,

REVERSED IN PART, and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge (ALJ), for a *de novo* hearing and for a new decision on the issue of whether or not plaintiff continued to qualify for a period of disability and disability insurance benefits pursuant to Title II of the Social Security Act, and for Supplemental Security Income disability benefits pursuant to Title XVI of the Act, after January 18, 2011.

On remand, the Appeals Council will: (1) affirm the determination that plaintiff was disabled for the period from September 11, 2008 through January 18, 2011; and (2) remand the matter to an ALJ for a *de novo* hearing and a new decision limited to the issue of whether or not plaintiff's disability continued after January 18, 2011.  In considering the limited issue, the ALJ will: update the record, weigh the acceptable and other medical opinions of record, including the opinion of Eugene Kester, M.D., articulate the weight assigned to the medical source opinions and the reasons for that weight, and consider further the nature and severity of plaintiff's alleged psychological impairments, in accord with the relevant Social Security Rulings (SSRs) and regulations, including, but not limited to, 20 C.F.R. §§ 404.1512, 404.1527, 404.1520a, 404.1594, 416.912, 416.927, 416.920a, 416.994, SSR 96-6p, *available at* 1996 WL 374180, and SSR 06-3p, *available at* 2006 WL 2329939.

The undersigned recommends that the Court hereby affirm the Commissioner's final decision in part, reverse the Commissioner's final decision in part, and remand the case to the Acting Commissioner pursuant to sentence four of 42 U.S.C.§ 405(g), for further administrative proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The parties stipulate that plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to this Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be AFFIRMED IN PART, REVERSED IN PART, and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 14th day of April, 2014.

_____
J. Richard Creatura
United States Magistrate Judge