UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER S. YARBRO,

              Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

              Defendant.

CASE NO. 13-cv-05748 BHS

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF

No. 18), and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The matter is AFFIRMED IN PART, REVERSED IN PART, and REMANDED

           pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further

           consideration; and

    (3)    The Clerk is directed to enter Judgment and close this case.

Dated this 14th day of April, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION